Núm. 6666.—Pueblo, apldo. *v.* Mercado, aplte.—C. D. Arecibo. Julio 30, 1937.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

Por cuanto, formulada acusación por el Fiscal de la Corte de Distrito de Arecibo contra Álvaro Mercado imputándole la comisión

de un delito de asesinato perpetrado en la persona de Carmen Román Rodríguez, habiendo el acusado alegado su inocencia y pedido juicio por Jurado, celebrado el juicio el Jurado lo declaró culpable de homicidio voluntario y la Corte dictó sentencia imponiéndole siete años de presidio con trabajos forzados; y

Por cuanto, el acusado apeló y el Secretario de la Corte de Distrito elevó a esta Corte Suprema la transcripción del récord que contiene sólo los documentos que permiten llegar a las anteriores conclusiones sin que forme parte de ella la evidencia; y

Por cuanto, el apelante dejó transcurrir el término de ley sin presentar su alegato y señalada la vista del recurso no compareció; y

Por cuanto, el Fiscal solicitó la desestimación del recurso por causa de frivolidad y sostuvo su petición en el acto de la vista; y

Por cuanto, examinados los autos se concluye que el recurso en verdad carece de fundamento:

Por tanto, se declara el recurso sin lugar y se confirma la sentencia recurrida que dictó la Corte de Distrito de Arecibo el 22 de enero de 1937.

El Juez Asociado Sr. Córdova Dávila no intervino.